

# NUMBER 13-20-00249-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**JOSE RIVERA PEDRAZA,** **Appellant,**

**v.**

**GREATER STATE BANK,** **Appellee.**

## On appeal from the County Court at Law No. 8 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Hinojosa**

Appellant Jose Rivera Pedraza has filed an unopposed amended motion to dismiss his appeal. Appellant asserts that all claims between appellant and appellee Greater State Bank have been fully and finally settled and requests that we dismiss the appeal.

The Court, having examined and fully considered appellant's unopposed amended motion to dismiss and the documents on file, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we grant the unopposed motion to dismiss and we dismiss the appeal. Appellant asserts that all costs on appeal should be taxed against him, and accordingly, the costs will be taxed against appellant. *See id*. R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
19th day of November, 2020.